## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

INTELLIGENT AGENCY, LLC,

     *Plaintiff,*

v.

7-ELEVEN, INC.,

     *Defendant.*

Civil Action No.
4:20-cv-00185-ALM

Jury Trial Demanded

## ORDER OF DISMISSAL

CAME ON THIS DAY for consideration the Joint Motion to Dismiss All Claims filed by the Plaintiff and Defendant in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims in this suit are hereby dismissed WITH PREJUDICE.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 12th day of December, 2022.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE